

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Kay Dalbert, as guardian for the person and Estate of Donald McDorman, d/b/a McDorman Furniture and Appliance,

\* From the 32nd District Court of Nolan County, Trial Court No. 19,709.

Vs. No. 11-17-00051-CV

\* April 6, 2017

Janice Boil,

\* Per Curiam Memorandum Opinion (Panel consists of: Wright, C.J., Willson, J., and Bailey, J.)

This court has considered the parties' agreed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed one-half against Kay Dalbert, as guardian for the person and Estate of Donald McDorman, d/b/a McDorman Furniture and Appliance and one-half against Janice Boil.